IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
July 29, 2024 1:22 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW 7-29

UNITED STATES OF AMERICA,

Plaintiff,

vs. Docket No.: 1:23pt16,
Easter District MI (16-CR-20043)

ARTHUR RATHBURN,

Defendant.
_______________________________/

**MOTION TO TERMINATE SUPERVISED RELEASE PURSUANT TO 18 U.S.C. § 3583(e)(1)**

NOW COMES the Defendant, Arthur Rathburn, and hereby moves this Honorable Court for an order terminating his supervised release pursuant to 18 U.S.C. § 3583(e)(1). In support of this motion, the Defendant-Appellant states as follows:

1. On January 9, 2023, the Defendant Arthur Rathburn, began serving a term of supervised release as part of his sentence in the above-captioned case.

2. The term of supervised release imposed was for a duration of thirty-six (36) months.

3. The Defendant has successfully completed fifty percent (50%) of his supervised release term, totaling eighteen (18) months, as of July 9, 2024.

4. During this period, the Defendant has complied with all the terms and conditions set forth by the Court and his supervising probation officer.

5. The supervising Probation Officer Michaylla Shaefer has recommended the early termination of the Defendant's supervised release, recognizing his compliance and successful adjustment to community life.

6. Pursuant to 18 U.S.C. § 3583(e)(1), the Court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release at any time after the expiration of one year of supervised release if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

7. According to 18 U.S.C. § 3583(e)(1), a federal court can terminate supervised release early if it is satisfied that the defendant's conduct and the interest of justice warrant it.

8. The Defendant has demonstrated consistent and full compliance with the conditions of supervised release and would like to secure a senior profound vocation.

9. He has shown responsible behavior and reintegration into the community, while further enhancing his mental, moral and professional conduct.

10. Terminating the supervised release will allow the Defendant to further pursue opportunities for personal and professional growth without the constraints of supervision.

WHEREFORE, the Defendant Arthur Rathburn, respectfully requests that this Honorable Court grant this Motion and terminate the remainder of his supervised release.

Done this 22 day of July 2024.

Arthur Rathburn
17355 Fawn River Road
White Pigeon, MI 49099

**CERTIFICATE OF SERVICE**

I HEREBY DO CERTIFY that a true and correct copy of this pleading was mailed to the parties listed below:

Alexis Marie Sanford
U.S. Attorney (Grand Rapids)
The Law Bldg. P.O. Box 208
Grand Rapids, MI 49501-0208

Michaylla Schaefer Probation Services Technician
110 Michigan St NW
101 Federal Building
Grand Rapids, MI 49503

Done this 22 day of July 2024.

Arthur Rathburn
17355 Fawn River Road
White Pigeon, MI 49099

Arthur Rathburn
17355 Fawn River Road
White Pigeon, MI 49099

MIAMI FL 330
24 JUL 2024 PM 5 L

FREEDOM
FOREVER USA

USDC WDMI
Clerk of Court
110 Michigan St N.W
Grand Rapids, MI 49503

Legal Mail
07/22/2024

49503-230099